IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DENNIS JOHNSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 4:14-cv-1595 |
| HARTFORD LIFE AND ACCIDENT § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

**PLAINTIFF'S NOTICE OF NO OPPOSITION
TO DEFENDANTS MOTION TO TRANSFER VENUE**

On September 2, 2014, Defendant, Hartford Life and Accident Insurance Company, filed a Motion to Transfer Venue (doc # 12). Plaintiff has no opposition to Defendant's Motion to Transfer Venue in the above referenced case.

Respectfully submitted,

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW, LLP

By: ____/s/ Marc Whitehead__
Marc S. Whitehead
Tex. Bar No. 00785238
Fed. I.D. No. 15465
Valerie Norwood
Tex. Bar No. 24062921
Fed. I.D. No. 1001660
J. Anthony Vessel
Tex. Bar No. 24084019
Fed. I.D. No. 1692384
5300 Memorial Drive, Suite 725
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940
ATTORNEY-IN-CHARGE

FOR PLAINTIFF,<br>DENNIS JOHNSON

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of September, 2012, I electronically filed the foregoing document with the clerk of the court for the U. S. District Court; Southern District of Texas, using the electronic case filing system of the court.   The electronic case filing system sent a "notice of Electronic Filing" all attorneys of record who have consented in writing to accept that Notice as service of this document by electronic means.

<u>/s/  Marc  S.  Whitehead</u>
Marc S. Whitehead