UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DENNIS JOHNSON, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION H-14-1595 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | § § § § | |
| *Defendant*. | § § | |

# ORDER

Defendant's unopposed motion to transfer venue (Dkt. 12) is GRANTED. It is therefore ORDERED that this cause of action is TRANSFERRED to the United States District Court, District of Nebraska.

Signed at Houston, Texas on September 19, 2014.

_____
Gray H. Miller
United States District Judge